JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZARIO CRUZ SANCHEZ, | ) Case No. SACV 22-0982-FMO (JPR) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUGED that the Petition is dismissed.

DATED: June 29, 2022

/s/
FERNANDO M. OLGUIN
U.S. DISTRICT JUDGE